# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John Jones Jr.

Plaintiff

v.

Kevin P. Wagner Sr., et al.

Defendants

## Civil Action No. 26-1050

### NOTICE OF FILING EXHIBIT

### (Pre-Existing Notice to Government Authorities)

Plaintiff John Jones Jr., proceeding pro se, respectfully submits this Notice for the purpose of placing relevant documentary evidence into the record of this matter.

1. On April 23, 2021, Plaintiff transmitted written correspondence to the Bucks County District Attorney's Office describing ongoing misconduct, harassment, and retaliatory actions by Bristol Township officials and police personnel.

2. In that correspondence, Plaintiff provided notice to government authorities of unlawful conduct, retaliatory enforcement actions, and threats involving the potential use of warrants against Plaintiff.

3. The April 23, 2021 letter was directed to the Bucks County District Attorney and was also copied to multiple public officials and courts, including members of the Bucks County Court of Common Pleas and the United States District Court for the Eastern District of Pennsylvania.

4. The correspondence therefore demonstrates prior written notice to government authorities concerning the misconduct and retaliatory conduct described in Plaintiff's Complaint in the present action.

5. The document predates the events underlying this litigation and is submitted for the Court's awareness as evidence of pre-existing notice provided to governmental authorities regarding the pattern of conduct at issue in this case.

6. Plaintiff respectfully submits this document to assist the Court in understanding the historical context surrounding the allegations set forth in the Complaint and to ensure that the Court has a complete and accurate record of the notice provided to government officials prior to the events giving rise to this action.

7. Plaintiff therefore files the April 23, 2021 correspondence as Exhibit A to this Notice.

Respectfully submitted,

John Jones Jr.

9 Iris Road

Levittown, PA 19057

Exhibit A

Letter from John Jones Jr. to Bucks County District Attorney dated April 23, 2021

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN JONES JR., Plaintiff
v.
JOSH SHAPIRO, et al., Defendants
Civil Action No. 23-4879

JOHN JONES JR., Plaintiff
v.
KEVIN P. WAGNER SR., et al., Defendants
Civil Action No. 26-1050

# PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MUNICIPAL LIABILITY UNDER MONELL

## I. INTRODUCTION

Plaintiff submits this memorandum to demonstrate that municipal and county officials received longstanding notice of alleged constitutional violations and misconduct yet failed to take corrective action. The documentary record spanning multiple years establishes that policymakers repeatedly received written complaints concerning alleged unlawful conduct by municipal officials and law enforcement personnel. Despite this notice, Plaintiff contends that the misconduct continued and culminated in additional alleged constitutional violations.

## II. LEGAL STANDARD

Municipal liability under 42 U.S.C. § 1983 arises when constitutional violations result from an official policy, custom, or practice attributable to a municipality. Under Monell v. Department of Social Services, a municipality may be held liable where policymakers are deliberately indifferent to constitutional violations and fail to take corrective action after receiving notice of unlawful conduct. Repeated complaints, documented warnings, and written reports of misconduct may establish such deliberate indifference when officials with policymaking authority fail to investigate or remedy the violations.

## III. EARLY NOTICE THROUGH FEDERAL LITIGATION

Notice to government officials began no later than 2015 when Plaintiff filed federal civil rights litigation alleging corruption and misconduct involving Bristol Township personnel and related officials. That litigation placed municipal actors on notice that federal civil rights concerns had been raised regarding enforcement practices and governmental conduct affecting residents.

## IV. NOTICE TO THE BUCKS COUNTY DISTRICT ATTORNEY

On January 20, 2017, Plaintiff submitted a written complaint to the Bucks County District Attorney requesting records and investigation concerning alleged misconduct involving Bristol Township officials and court proceedings. The letter raised concerns regarding allegedly unlawful citations issued to residents and questioned whether prosecutions and convictions arising from those citations had been improperly handled.

## V. NOTICE THROUGH MEDICAL DOCUMENTATION

Between 2019 and 2020, Plaintiff submitted multiple letters from a treating psychologist documenting that Plaintiff was experiencing psychological distress and was unable to attend certain court proceedings or fully participate in his defense at those times. These medical letters placed the courts

and related government actors on notice of Plaintiff's documented medical limitations.

## VI. REPEATED WRITTEN COMPLAINTS TO COURTS AND OFFICIALS

During 2021 Plaintiff submitted multiple written communications to district courts, judges, and government officials describing alleged harassment, selective enforcement of laws, retaliation, and abuse of authority by municipal officials and police officers. These letters were copied to multiple officials, including members of the judiciary and the District Attorney's Office.

## VII. NOTICE TO FEDERAL AUTHORITIES

Beginning in July 2021 and continuing into 2022, Plaintiff submitted several written communications to the Federal Bureau of Investigation describing alleged misconduct by local officials and law enforcement personnel.

## VIII. PATTERN OF NOTICE TO POLICYMAKERS

The documentary record demonstrates repeated notice to government officials spanning multiple years. These notices include federal civil rights litigation, written complaints to the District Attorney, medical documentation submitted to courts, multiple written complaints to local judicial officials, and communications sent to federal law enforcement authorities.

## IX. DELIBERATE INDIFFERENCE

Despite repeated written complaints and requests for investigation, Plaintiff contends that no meaningful corrective action was taken by municipal or county policymakers. Under Monell, a municipality may be liable where policymakers receive notice of constitutional violations yet fail to investigate, discipline responsible officials, or implement corrective policies.

## X. ADDITIONAL CONSTITUTIONAL CLAIMS SUPPORTED BY THE RECORD

The documentary record may also support additional constitutional claims including retaliation for protected activity, malicious prosecution, selective enforcement in violation of the Equal Protection Clause, and violations of due process associated with court proceedings and subsequent incarceration.

## XI. CONCLUSION

The documentary record demonstrates that government officials received repeated written notice over multiple years concerning alleged misconduct by municipal officials and law enforcement personnel. Plaintiff contends that the failure to investigate or correct these issues constitutes deliberate indifference and supports municipal liability under 42 U.S.C. § 1983.

Respectfully submitted,

John Jones Jr.
Plaintiff, Pro Se

# EXHIBIT A

## Timeline of Prior Notice to Government Officials (2015-2022)

Prepared by: John Jones Jr., Plaintiff

### 2015 - Federal Civil Rights Litigation Filed

Plaintiff filed federal civil rights litigation alleging corruption and misconduct involving Bristol Township officials and related municipal personnel. This litigation placed municipal policymakers on notice that constitutional violations had been alleged.

### January 20, 2017 - Letter to Bucks County District Attorney

Plaintiff sent a written complaint requesting records and investigation regarding alleged misconduct involving Bristol Township officials and prosecutions.

### September 18, 2019 - Medical Documentation Submitted to Court

A medical letter documented psychological distress affecting Plaintiff's ability to attend court proceedings.

### December 18, 2019 - Additional Medical Documentation

A second medical letter reiterated Plaintiff's medical limitations affecting participation in court proceedings.

### January 29, 2020 - Third Medical Letter

A further medical letter again confirmed Plaintiff's inability to attend certain court proceedings.

### June 10, 2020 - Medical Letter Referencing Health Risks

A medical statement referencing health risks during the COVID-19 pandemic provided additional notice to the court regarding Plaintiff's condition.

### March 23, 2021 - Letter to District Court

Plaintiff sent correspondence describing alleged harassment, retaliation, and selective enforcement by municipal officials.

### April 21, 2021 - Follow-Up Letter to District Court

A follow-up communication reiterated concerns regarding municipal enforcement practices.

### July 19, 2021 - Additional Letter to District Court

Plaintiff continued to report alleged harassment and improper conduct involving municipal actors.

### July 23, 2021 - Letter to Federal Bureau of Investigation

Plaintiff reported alleged misconduct by local officials and requested federal oversight.

### August 23, 2021 - Letter to Judge John Kelly

Plaintiff submitted written notice alleging favoritism and misconduct involving local officials.

### December 14, 2021 - Letter to President Judge Wallace Bateman

Plaintiff warned of alleged retaliation and ongoing harassment involving local government actors.

### January 5, 2022 - Letter to Police Chief

Plaintiff demanded preservation of body camera and patrol vehicle recordings concerning interactions with police.

### February 3, 2022 - Incarceration

Plaintiff was incarcerated beginning February 3, 2022 shortly before scheduled court proceedings.

### February 22, 2022 - Letter from Bucks County Correctional Facility

Plaintiff wrote to the county judiciary requesting intervention and describing circumstances surrounding incarceration.

### March 2022 - Additional Communications to Federal Authorities

Further correspondence was sent requesting federal investigation into alleged misconduct.

### July 8, 2022 - Motion Filed

Plaintiff filed a motion requesting that proceedings be stayed and that Plaintiff be permitted to be heard regarding matters occurring during incarceration.

The documents referenced herein were submitted to the United States District Court for the Eastern District of Pennsylvania on December 10, 2023 as Exhibits 1 through 39 in Civil Action No. 23-4879. These materials are part of the official record of that proceeding.

Respectfully submitted,

John Jones Jr.

Plaintiff, Pro Se

# EXHIBIT B

## DOCUMENT INDEX - PRIOR NOTICE RECORD

Prepared by: John Jones Jr., Plaintiff

**Exhibit 1 - Federal Civil Rights Complaint (2015)**

Federal civil rights litigation alleging corruption and misconduct involving Bristol Township officials. Relevance: establishes early notice to municipal policymakers of alleged unconstitutional conduct.

**Exhibit 2 - Letter to Bucks County District Attorney (Jan 20, 2017)**

Written request for investigation and records concerning alleged misconduct involving Bristol Township officials and related prosecutions. Relevance: direct notice to county law enforcement leadership.

**Exhibit 3 - Medical Letter (Sept 18, 2019)**

Medical documentation describing psychological distress affecting Plaintiff's ability to attend court proceedings.

**Exhibit 4 - Medical Letter (Dec 18, 2019)**

Follow up medical documentation confirming Plaintiff's inability to participate in certain court proceedings.

**Exhibit 5 - Medical Letter (Jan 29, 2020)**

Additional medical confirmation regarding Plaintiff's inability to attend court proceedings.

**Exhibit 6 - Medical Letter (Jun 10, 2020)**

Medical documentation referencing health risks during the COVID-19 pandemic.

**Exhibit 7 - Letter to District Court (Mar 23, 2021)**

Complaint alleging harassment, retaliation, and selective enforcement by municipal officials.

**Exhibit 8 - Letter to District Court (Apr 21, 2021)**

Follow up communication reiterating concerns regarding municipal enforcement practices.

**Exhibit 9 - Letter to District Court (Jul 19, 2021)**

Additional complaint describing alleged harassment and improper conduct involving municipal actors.

**Exhibit 10 - Letter to FBI (Jul 23, 2021)**

Communication requesting federal investigation into alleged misconduct by local officials.

**Exhibit 11 - Letter to FBI (Jan 11, 2022)**

Additional communication describing alleged misconduct involving local government actors.

**Exhibit 12 - Letter to FBI (Feb 28, 2022)**

Correspondence describing incarceration and alleged misconduct.

**Exhibit 13 - Letter to FBI (Mar 8, 2022)**

Further request for federal investigation.

**Exhibit 14 - Letter to Judge John Kelly (Aug 23, 2021)**

Written complaint alleging favoritism and misconduct involving municipal actors.

**Exhibit 15 - Letter to President Judge Wallace Bateman (Dec 14, 2021)**
Warning regarding alleged retaliation and harassment involving local government officials.

**Exhibit 16 - Letter to Police Chief Bartorilla (Jan 5, 2022)**
Demand to preserve body camera and patrol vehicle recordings concerning police interactions.

**Exhibit 17 - Incarceration Record (Feb 3, 2022)**
Record establishing Plaintiff's incarceration beginning February 3, 2022.

**Exhibit 18 - Letter from Bucks County Correctional Facility (Feb 22, 2022)**
Letter requesting intervention from the county judiciary regarding incarceration.

**Exhibit 19 - Motion Filed (Jul 8, 2022)**
Motion requesting a stay and opportunity to be heard regarding matters occurring during incarceration.

The documents identified in this index were submitted to the United States District Court for the Eastern District of Pennsylvania on December 10, 2023 as Exhibits 1 through 39 in Civil Action No. 23-4879 and form part of the official court record.

Respectfully submitted,

John Jones Jr.
Plaintiff, Pro Se

# EXHIBIT C
## VISUAL TIMELINE OF PRIOR NOTICE TO GOVERNMENT OFFICIALS

Prepared by: John Jones Jr., Plaintiff

| YEAR / DATE | EVENT | RELEVANCE TO NOTICE |
| --- | --- | --- |
| 2015 | Federal Civil Rights Litigation Filed | Municipal officials placed on notice of alleged unconstitutional conduct. |
| Jan 20 2017 | Letter to Bucks County District Attorney | Direct written notice requesting investigation of township misconduct. |
| Sept 18 2019 | Medical documentation to court | Court informed of Plaintiff medical condition affecting proceedings. |
| Dec 18 2019 | Additional medical letter | Further notice to court of medical limitations. |
| Jan 29 2020 | Third medical letter | Reinforces notice of inability to attend proceedings. |
| Jun 10 2020 | Medical letter referencing health risks | Additional documentation submitted to court. |
| Mar 23 2021 | Letter to district court | Complaint alleging harassment and selective enforcement. |
| Apr 21 2021 | Follow up letter to district court | Continued written notice to judicial officials. |
| Jul 19 2021 | Additional district court letter | Reports ongoing misconduct by municipal actors. |
| Jul 23 2021 | Letter to FBI | Request for federal investigation into local misconduct. |
| Aug 23 2021 | Letter to Judge John Kelly | Judicial officials notified of alleged favoritism and misconduct. |
| Dec 14 2021 | Letter to President Judge Wallace Bateman | Warning regarding retaliation and harassment. |
| Jan 5 2022 | Letter to Police Chief Bartorilla | Demand to preserve body camera and patrol recordings. |
| Feb 3 2022 | Incarceration begins | Custody timeline relevant to later court proceedings. |
| Feb 22 2022 | Letter from Bucks County Correctional Facility | Judiciary notified during incarceration. |
| Mar 2022 | Additional communications to FBI | Continued requests for federal investigation. |
| Jul 8 2022 | Motion filed | Formal attempt to address proceedings during incarceration. |

The events summarized in this chart correspond to documents submitted to the United States District Court for the Eastern District of Pennsylvania on December 10, 2023 as Exhibits 1 through 39 in Civil Action No. 23-4879. These materials form part of the official court record.

Respectfully submitted,

John Jones Jr.
Plaintiff, Pro Se

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

 **UNITED STATES** ~~SERVICE~~® **PRIORITY**® **MAIL**

- Expe... ...er date specified for dome...
- Dom... ...shipments includ... ...urance ...s apply).*
- USPS... ...international destinations.
- Limit... internation...
- Whe... ...used internationally, a customs decla... ...required

*Insuran... ...does not cover certain items. For details reg... ...usions see the
Domestic M...

** See Int...national Mail Manual at http://po.usps.com for availability and limitations of coverage.

**FLA...**

**ONE R... ...ANY WEIGHT**

**TRA...**



UNITED STATES
POSTAL SERVICE.                    Retail

**P**  | US POSTAGE PAID
        | Origin: 19030
**$11.95** | 03/09/26
        | 4126420030-05

**PRIORITY MAIL®**

                        0 Lb 3.00 Oz
                        **RDC 03**

EXPECTED DELIVERY DAY:  03/11/26

                        **C019**

SHIP
TO:
        601 MARKET ST
        PHILADELPHIA PA 19106-1729

**USPS TRACKING® #**

9505 5139 1841 6068 4061 24

PS00001000014     EP14F October 2...
                  OD: ...2 1/2 x 9 1/2...

**RECEIVED**

MAR 11 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PAPER
POUCH

**FROM:**

J. JONES
9 IRIS RD
LEVITTOWN, PA
19057

**TO:**

U.S. COURTHOUSE
CLERK OF COURT
601 MARKET ST.
PHILADELPHIA, PA
19106