March 18, 2026

Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re: Notice Regarding Continuance, Parking Enforcement, and Judicial Recusal**
Cases: 23-4879 (Jones v. Shapiro et al.)
     26-1050 (Jones v. Kevin P. Wagner Sr. et al.)

To the Honorable Court:

I write to provide brief notice of several related issues affecting ongoing proceedings and my ability to proceed without interference.

First, I have been required to seek a continuance in Magisterial District Court 07-1-04 due to ongoing service issues involving the Bucks County Sheriff's Office, as previously outlined. These issues have directly impacted my ability to proceed in an orderly manner.

Second, I have submitted materials documenting disparate parking enforcement in Bristol Township, including photographic evidence demonstrating that Township employees and members of the Wagner family were routinely permitted to park in the same manner for which I have been cited and targeted.

Third, and of particular concern, Judge John Galloway has declined to recuse himself from matters involving me, despite the fact that I am currently suing his brother, Brian Galloway. The underlying federal litigation includes allegations that Brian Galloway used his influence as a Falls Township senior council member to contribute to my being subjected to excessive bail in the amount of one million dollars on February 3, 2022.

This is the same type of situation the plaintiff was in when Local District Justice Joanne Kline, who was sued in 2015 (federal case 15-5594) by John Jones Jr. for improper conduct, signed a probable cause affidavit authored by her neighbor, Middletown Township Officer Jeffrey Wagner, for the plaintiff walking his dog on public school property on a Saturday, resulting in an additional $50,000 bail imposed on the plaintiff to coincide with the $950,000 bail imposed on February 3, 2022.

These overlapping circumstances raise serious concerns regarding impartiality, interference, and the appearance of coordinated action at the local level affecting my federal matters.

This notice is submitted so the Court is aware of these developments and their potential impact on the proceedings.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

March 18, 2026

Magisterial District Court 07-1-04
Falls Township
Bucks County, Pennsylvania

**Re: Request for Continuance – Court Date March 26, 2026**

Dear Judge:

I respectfully request a continuance of the court proceeding currently scheduled for March 26, 2026.

At this time, I am actively engaged in ongoing federal litigation in the United States District Court for the Eastern District of Pennsylvania, including case numbers 23-4879 and 26-1050. As outlined in separate correspondence to the federal court, I am presently encountering service-related issues involving the Bucks County Sheriff's Office that require immediate attention and are materially affecting my ability to proceed in an orderly and prepared manner.

These circumstances have created a temporary but significant conflict with my ability to adequately prepare for and attend the scheduled proceeding on March 26, 2026.

This request is made in good faith and not for purposes of delay, but rather to ensure that all matters may be properly addressed with the attention they require.

I respectfully request that the Court grant a reasonable continuance and reschedule the proceeding at a later date.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

CC: United States Federal Court

March 18, 2026

Magisterial District Court 07-1-04
Falls Township
Bucks County, Pennsylvania

**Re: Supplemental Submission – Disparate Enforcement and Judicial Concern**

Dear Judge:

Attached are two photographs demonstrating that Bristol Township employees, as well as well-known Bristol Township Wagner family member Jeffrey Wagner of 17 Gun Road, Levittown, PA, were routinely permitted to park vehicles in the exact same manner as my Jeep.

This discrepancy in treatment and targeted enforcement has previously been addressed to the United States District Court in connection with case numbers 23-4879 and 26-1050. An in-depth Bristol Township parking enforcement analysis has already been developed, demonstrating the disparate treatment applied to me as compared to Township employees and well-known members of the Wagner family.

These individuals include, but are not limited to, parties currently involved in federal litigation of case numbers 26-1050 and 23-4879, including Kevin P. Wagner Sr., his son Jeffrey Wagner, Jeffrey Wagner's wife Alexus Gordon Wagner, and Bucks County Constable Andrew Korhonen, who is the father of Alexus Wagner and father-in-law of Jeffrey Wagner.

It is further noted that I am currently engaged in litigation involving your brother, Brian Galloway. Under these circumstances, your continued involvement in matters concerning me raises serious concerns regarding impartiality and the appearance of retaliatory conduct. The record reflects a pattern in which actions taken against me appear aligned with the interests of the Wagner family.

I have previously characterized the Wagner family as a criminal organization in correspondence to the FBI dated August 23, 2021. That assertion has never been challenged by the Wagner family itself. Additionally, there are longstanding concerns regarding improper influence, including allegations that Mary Ann Wagner obtained her position through influence rather than merit.

Your refusal to recuse yourself, viewed in the context of these overlapping relationships and ongoing litigation, reinforces the perception that the Wagner family maintains significant influence within the Lower Bucks judicial community. A similar concern arose previously when Joanne Kline, who I sued in federal court case number 15-5594, presided over matters involving Jeffrey Wagner under circumstances where the underlying facts strongly supported my position, including the incident of December 11, 2021, involving public school property. Notably, I was found not guilty on May 17, 2024 of three charges of stalking Wagner family members, three charges of harassment involving Wagner family members, and two charges of trespassing on public school property arising from allegations made by Jeffrey Wagner.

This submission is provided to ensure the record accurately reflects these concerns and the broader context in which these proceedings are occurring.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

CC: United States Federal Court



JEFFERY WAGNER'S RESIDENCE 17 GUN RD. LEVITTOWN, PA TRAILER ON GRASS- I WOULD BE FINED $1,000 FOR THIS AND I HAVE BEEN. HE LIVES DIRECTLY ACROSS THE STREET FROM HIS DISTRICT JUDGE FATHER KEVIN WAGNER SR. OF 16 GUN ROAD.



BRISTOL TWP.
VEHICLE PARKED
EXACTLY AS MY JEEP.
I RECEIVED $1,000.⁰⁰ FINES-"PLURAL"
FOR THE SAME ACTIONS.

*PRESS FIRMLY TO SEAL*

FSC MIX Board FSC™ C116916



how2recycle.info PAPER POUCH

*PRESS FIRMLY TO SEAL*

RECEIVED

MAR 20 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.

**UNITED STATES POSTAL SERVICE.**

Retail

PRIORITY® MAIL

**P** US POSTAGE PAID
**$11.95**
Origin: 19030
03/18/26
4126420030-05

PRIORITY MAIL®

0 Lb 3.10 Oz

RDC 03

EXPECTED DELIVERY DAY: 03/20/26

C019

SHIP TO:
601 MARKET ST
PHILADELPHIA PA 19106-1729

- Expected delivery date specified for...
- Domestic shipments include $100 of...
- USPS Tracking® service... many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration... required.

*Insurance does not cover... claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for available... limitations of coverage.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**FLAT RATE ENVELOPE**
ONE RATE · ANY WEIGHT

**TRAC**



PS00001000014

EP14F October 2023

**USPS TRACKING® #**



9505 5139 1841 6077 4105 32



how2recycle.info PAPER POUCH

FROM:

9 IRIS ROAD
LEVITTOWN, PA
19055

TO:

CLERK OF COURT
601 MARKET ST.
PHILADELPHIA, PA
19106

U.S. XR-M.S.