March 18, 2026

Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re: Notice of Service Delay Due to Bucks County Sheriff Fee Dispute**
Cases: 23-4879 (Jones v. Shapiro et al.)
      26-1050 (Jones v. Kevin P. Wagner Sr. et al.)

To the Honorable Court:

Please accept this correspondence as formal notice of an issue materially affecting timely service of process in the case 26-1050.

I submitted federal complaints and summonses for service through the Bucks County Sheriff's Office in accordance with Federal Rule of Civil Procedure 4. The Sheriff's Office has returned the materials, asserting that the federal summons constitutes an additional chargeable document and demanding a substantially increased fee beyond what was previously required for identical federal service.

This position is inconsistent with the Sheriff's Office's prior handling of my filings, where multiple federal complaints accompanied by summonses were accepted and served without any additional per-document charge for the summons. The current refusal represents a deviation from established practice and has resulted in an immediate and substantial delay in effecting proper service.

I called this type of pushback by Bucks County regarding the Wagner family months ago, and the present circumstances appear to confirm that concern.

This issue is not due to any failure on my part to comply with federal procedural requirements, but rather stems from an inconsistent and newly applied local fee interpretation that interferes with the execution of federally authorized service of process.

I am actively attempting to resolve the matter; however, I submit this notice so the Court is aware that any delay in service is attributable to circumstances outside of my control.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

# BUCKS COUNTY SHERIFF'S OFFICE ─────────────────────

**Daniel L Ceisler, Sheriff**



**Bucks County Justice Center
100 North Main Street, Floor B2
Doylestown, PA 18901
Phone - (215) 348-6285
Fax - (215) 348-6362**

March 12, 2026

Your paperwork is being returned for the following reason from the Civil Department:

✓ **Fee is incorrect.  Correct fee is $745.00.  Please allow 10 working days to serve in Bucks County, 15 days to Deputize to another County in Pa.  Please reinstate and return if need be. (Service of Summons & Complaint on 9 Defendants)**

☐ Fee is missing.

☐ Not enough time to serve.  Please reinstate and return.  Please allow 10 working days to serve in Bucks County, 15 days to Deputize to another County in Pa.

☐ Paper has expired.  Please reinstate.

☐ Address is not in Bucks County.

☐ We do not serve P.O. Boxes.

☐ Paper must be deputized through _____ County.  Allow 10 working days to serve in Bucks County.  Please reinstate and return if need be.

☐ No Prothonotary date stamp.  Paper needs to be reinstated.  Please allow 10 working days to serve in Bucks County, 15 days to Deputize to another County in PA.

☐ Check not signed.

☐ Other

Thank you for your cooperation with the above matter.

March 18, 2026

Bucks County Sheriff Sgt. Parker
Civil Division
100 North Main Street
Doylestown, PA 18901

**Re: Civil Service Fee Discrepancy – Federal Summons & Complaint (9 Defendants)**

To Sgt. Parker:

I am writing regarding the return of my federal civil service paperwork accompanied by your notice claiming an "incorrect fee" and demanding payment of $745.00 for service upon nine defendants.

This position is inconsistent with your office's prior handling of identical federal service. I previously submitted and had successfully served approximately half a dozen federal complaints through your office, each accompanied by the required federal summons. In those instances—including service upon Neshaminy School District and Troy Bodolus—no additional per-document fee was imposed for the summons. The summons was properly treated as part of the required service package under Federal Rule of Civil Procedure 4.

Your current position improperly recharacterizes the summons as a separately chargeable document, resulting in a substantial and unjustified increase in fees. This represents a clear deviation from your own prior practices in materially identical circumstances.

Accordingly, I demand the following:

1. The full name and title of the individual clerk or employee who processed and calculated the fee for the present submission;
2. The full name and title of the individual clerk or employee who processed my prior federal service submissions referenced above;
3. A written explanation identifying the specific policy, directive, or fee schedule change that justifies this inconsistent treatment;
4. Confirmation as to whether this new interpretation is being applied uniformly to all federal civil service requests.

Be advised that I am preserving this issue for the record. Any arbitrary, inconsistent, or discriminatory application of service fees affecting my federal litigation will be addressed accordingly, including presentation before the United States District Court if necessary.

I expect a prompt and complete response so that this matter may be resolved without further delay to service.
This latest change of policy has created a substantial delay in proper service.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

CC: United States Federal Court

March 18, 2026

Bucks County Sheriff Danny Ceisler
Civil Division
100 North Main Street
Doylestown, PA 18901

**Re: Civil Service Fee Discrepancy – Federal Summons & Complaint (9 Defendants)**

To Sheriff Ceisler:

I am writing regarding the return of my federal civil service paperwork accompanied by your notice claiming an "incorrect fee" and demanding payment of $745.00 for service upon nine defendants.

This position is inconsistent with your office's prior handling of identical federal service. I previously submitted and had successfully served approximately half a dozen federal complaints through your office, each accompanied by the required federal summons. In those instances—including service upon Neshaminy School District and Troy Bodolus—no additional per-document fee was imposed for the summons. The summons was properly treated as part of the required service package under Federal Rule of Civil Procedure 4.

Your current position improperly recharacterizes the summons as a separately chargeable document, resulting in a substantial and unjustified increase in fees. This represents a clear deviation from your own prior practices in materially identical circumstances.

Accordingly, I demand the following:

1. The full name and title of the individual clerk or employee who processed and calculated the fee for the present submission;
2. The full name and title of the individual clerk or employee who processed my prior federal service submissions referenced above;
3. A written explanation identifying the specific policy, directive, or fee schedule change that justifies this inconsistent treatment;
4. Confirmation as to whether this new interpretation is being applied uniformly to all federal civil service requests.

Be advised that I am preserving this issue for the record. Any arbitrary, inconsistent, or discriminatory application of service fees affecting my federal litigation will be addressed accordingly, including presentation before the United States District Court if necessary.

I expect a prompt and complete response so that this matter may be resolved without further delay to service.
This latest change of policy has created a substantial delay in proper service.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

CC: United States Federal Court

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

 
FSC MIX Board FSC™ C116916

how2recycle.info PAPER POUCH

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

**RECEIVED**

MAR 20 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**FROM:**

9 IRIS ROAD
LEVITTOWN, PA
19055½

**UNITED STATES POSTAL SERVICE.**    *Retail*

**PRIORITY® MAIL**

**P**  **US POSTAGE PAID**
**$11.95**
Origin: 19030
03/18/26
4126420030-05

**PRIORITY MAIL®**

0 Lb 3.10 Oz

RDC 03

EXPECTED DELIVERY DAY: 03/20/26

C019

SHIP TO:

601 MARKET ST
PHILADELPHIA PA 19106-1729

**USPS TRACKING® #**

9505 5139 1841 6077 4105 32



many international destinations.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
■ USPS Tracking® service included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

**TO:**

CLERK OF COURT
601 MARKET ST.
PHILADELPHIA, PA
19106

FLAT RATE ENVELOPE
ONE RATE • ANY WEIGHT

TRAC




PS00001000014

EP14F October 2023

 
how2recycle.info PAPER POUCH

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.