CASE 26-1050

BUCKS COUNTY SHERIFF'S OFFICE
Bucks County Justice Center
100 North Main Street
Doylestown, PA 18901

via certified mail
7018 0040 0001 1079 4185

To Sheriff Daniel Ceisler:

I am writing to inform you that it appears your office is not accepting my phone calls. I made several attempts today, March 20, 2026, and the phone rang continuously until the call was either disconnected or terminated by the system.

I spoke directly with your employee on March 19. She stated that the summons is a separate document costing an additional $35 for that one page. This is not the way I have been treated in the past. Under Federal Rule of Civil Procedure 4(c)(1), the complaint and summons are considered one document. More importantly, your office has treated them as one document numerous times in the past when I have effected service.

Your employee on March 19 pulled up my prior cases and stated that those individuals only received a summons. That assertion is incorrect. You may verify this with Judge Wallace H. Bateman, Judge Jeffrey L. Finley, and Luran Landamia, who accepted service twice—once by my process server and once by your sheriffs. Sheriff's Deputy James McCole and Zachary Williams were involved, with Deputy Williams serving Jeffrey Finley and Wallace Bateman.

I would also like to note that Sheriff's Deputy Sgt. Parker has been outstanding regarding this matter.

I am attaching copies of the Sheriff's Returns for your review. It appears that many of your personnel are unfamiliar with federal service procedures. A special out-of-county number was assigned to my case, and there appears to be no clear way to correlate it. The number used was 2025-92732, which appears on the return sheets provided.

You should also be receiving Priority Mail correspondence addressed to you that was mailed a few days earlier in an attempt to resolve this issue.

The fact that one of your employees has instructed others not to accept my phone calls is hindering prosecution. The additional fee being quoted is inconsistent with prior service handled by your office. It is my contention that this charge is improper and is currently hindering prosecution.

John Jones Jr.
9 Iris Road
Levittown, PA 19057        cc: United States Federal Court

# BUCKS SHERIFF'S RETURN

Case #:        **2025-92732**
Commenced: **9/17/2025**
Caption:      **JONES JR, JOHN**
              **vs.**
              **FITZPATRICK, BRIAN**

## SERVICE REQUEST

Request #:        **66192 (2 of 3)**
Request Type:     **Out of County   SUMMONS**
Entered:          **9/18/2025 by COB\jlsommers**
Requested By:     **JOHN JONES JR**
                  **UNKNOWN**

Special Instructions:
Service To:       **(1) JEFFREY FINELY**
                  **(2) WALLACE H RATEMAN**

Zone:        **4**
Address:     **100 NORTH MAIN STREET**
             **DOYLESTOWN, PA 18901**
Municipality: **Doylestown BOROUGH**
             **Pick Up** on **9/22/2025 11:21 AM** by deputy **Zachary Williams**

             **Served** on **9/22/2025 11:21 AM** by deputy **Zachary Williams**

             • **Person in Charge of Business (A)(2)(iii)**

             Served To: **Lauren Landamia**
             Note: **accepted service for both def**

# BUCKS SHERIFF'S RETURN

Case #:     **2025-92732**
Commenced: **9/17/2025**
Caption:     **JONES JR, JOHN**
                **vs.**
                **FITZPATRICK, BRIAN**

## SERVICE REQUEST

Request #:      **66193 (3 of 3)**
Request Type:   **Out of County   SUMMONS**
Entered:        **9/18/2025 by COB\jlsommers**
Requested By:   **JOHN JONES JR**
                **UNKNOWN**

Special Instructions:
Service To:     **(1) TROY BODOLUS**
                **(2) NESHAMINY SCHOOL DISTRICT**

Zone:        **3**
Address:     **2250 LANGHORNE-YARDLEY ROAD**
             **LANGHORNE, PA 19047**
Municipality: **Middletown TOWNSHIP**
             **Pick Up** on **9/18/2025 1:29 PM** by deputy **Deputy James McCole**

             **Served** on **9/18/2025 1:29 PM** by deputy **Deputy James McCole**

   - **Person in Charge of Business (A)(2)(iii)**

Served To: **KELLY ROONEY**
Witness: **N/A**
Note: **SERVICE ACCEPTED FOR ALL DEFENDANTS AT NESHAMINY SCHOOL DISTRICT ADMIN OFFICE**

# BUCKS SHERIFF'S RETURN

Case #:         **2025-92732**
Commenced: **9/17/2025**
Caption:        **JONES JR, JOHN**
                **vs.**
                **FITZPATRICK, BRIAN**

## SERVICE REQUEST

Request #:      **66191 (1 of 3)**
Request Type:   **Civil Notice  SUMMONS**
Entered:        **9/18/2025 by COB\jlsommers**
Requested By:   **JOHN JONES JR**
                **UNKNOWN**

Special Instructions:
Service To:     **BRIAN FITZPATRICK**

Zone:      **3**
Address:   **1717 LANGHORNE NEWTOWN ROAD**
           **STE 225**
           **LANGHORNE, PA 19047**
Municipality: **Middletown TOWNSHIP**
           **Pick Up** on **9/18/2025 1:42 PM** by deputy **Deputy James McCole**

           **Served** on **9/18/2025 1:42 PM** by deputy **Deputy James McCole**

- **Person in Charge of Business (A)(2)(iii)**

Served To: **ALEX MAURO**
Witness: **N/A**
Note: **SERVICE ACCEPTED FOR DEFENDANT AT ADDRESS PROVIDED**

1 IRIS RD
LEVITTOWN, PA
19057

**Retail**

PH
20

UNITED STATES
POSTAL SERVICE

19106

RDC 99

U.S. POSTAGE PAID
FCM LETTER
FAIRLESS HILLS, PA 19030
MAR 20, 2026

**$0.78**

S2324W501665-05

Clerk of Court
601 Market Street
Philadelphia, PA 19106

RECEIVED

MAR 23 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

19106-172999