IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: John Jones Jr. v. Josh Shapiro et al., Civil Action No. 23-4879
    John Jones Jr. v. Kevin P. Wagner Sr. et al., Civil Action No. 26-1050

To the Clerk of Court:

Plaintiff, John Jones Jr., respectfully submits this correspondence to place on the record a matter that may materially affect his ability to participate in ongoing federal litigation.

Plaintiff is currently subject to active proceedings before Magisterial District Court 07-1-10 (Falls Township), presided over by District Judge John T. Galloway. Judge Galloway is the brother of Brian Galloway, who is a named defendant in Plaintiff's federal civil action docketed at Civil Action No. 23-4879.

As a result of those proceedings, Plaintiff is presently subject to bench warrant enforcement actions which may result in detention or incarceration. Such circumstances would directly impact Plaintiff's ability to comply with deadlines, filings, and other required legal activity in both Civil Action No. 23-4879 and Civil Action No. 26-1050.

This notice is submitted solely to ensure that the Court is aware of potential external constraints affecting Plaintiff's ability to litigate these matters in a timely and continuous manner. Plaintiff remains fully committed to prosecuting both actions diligently.

Respectfully submitted,

19-MAR-26

John Jones Jr.
9 Iris Road
Levittown, PA 19057

IN THE MAGISTERIAL DISTRICT COURT
DISTRICT COURT 07-1-10
9187 New Falls Road
Fallsington, PA 19054

John Jones Jr.
9 Iris Road
Levittown, PA 19057

**Re: Request to Lift/Quash Bench Warrant and Relist Hearing**

Dear District Judge:

I respectfully submit this correspondence to request that any outstanding bench warrant(s) issued in the above-referenced matter be lifted or quashed, and that the case be relisted for a new hearing date.

I did not intend to disregard the authority of the Court and remain ready and willing to appear and proceed on the merits. This request is made in good faith for the purpose of resolving the matter through proper adjudication rather than through enforcement of the warrant.

I respectfully request that the matter be relisted at the Court's earliest convenience so that all issues may be addressed in an orderly and complete manner.

This request is submitted without waiver of any rights, defenses, or objections, all of which are expressly preserved.

Respectfully submitted,

John Jones Jr.                          19-MAR-26
9 Iris Road
Levittown, PA 19057

cc: United States District Court
Eastern District of Pennsylvania

9 IRIS RD
LEVITTOWN, PA
19057

PHILADELPHIA PA
19 MAR 2026 PM 6 L

RDC 99

Mr. SIMMS
CLERK OF COURT
U.S. FEDERAL COURTHOUSE
601 MARKET STREET
PHILADELPHIA,
19106

RECEIVED
MAR 25 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

19106-172599

$0.78
U.S. POSTAGE
PCM LETTER
LANGHORNE, PA
MAR 19, 2026
S2324M5D4201-04

19106