**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOHN JONES, JR. | : | |
|  | : | |
| Plaintiff, | : | No. 2:26-cv-01050-MAK |
|  | : | |
| v. | : | |
|  | : | |
| KEVIN P. WAGNER, SR., et al | : | |
|  | : | |
|  | : | |
| Defendants. | : | |

**<u>ENTRY OF APPEARANCE</u>**

TO THE COURT CLERK:

Kindly enter my appearance as counsel on behalf of Defendant Kevin Burns in the above-

captioned matter.

LEVIN LEGAL GROUP, P.C.

*/s/ James J. Musial*
James J. Musial (PA Attorney ID No. 71100)
1800 Byberry Road, Suite 1301
Huntingdon Valley, PA 19006
(215) 938-6378
jmusial@levinlegalgroup.com

*Counsel for Defendant*
*Kevin Burns*

Date:  March 26, 2026

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date I served the plaintiff listed below by first-class U.S. mail

a copy of the Entry of Appearance for James J. Musial, Esq.

**JOHN JONES, JR.**
9 IRIS ROAD
LEVITTOWN, PA 19057
PRO SE

LEVIN LEGAL GROUP, P.C.

*/s/ James J. Musial*
James J. Musial

Date: March 26, 2026