**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN JONES, JR. | : | |
| Plaintiff, | : | No. 2:26-cv-01050-MAK |
| | : | |
| v. | : | |
| | : | |
| KEVIN P. WAGNER, SR., et al | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE COURT CLERK:

Kindly enter my appearance as counsel on behalf of Defendant Kevin Burns in the above-

captioned matter.

LEVIN LEGAL GROUP, P.C.

*/s/ Michael I. Levin*
Michael I. Levin (PA Attorney ID No. 21232)
1800 Byberry Road, Suite 1301
Huntingdon Valley, PA 19006
(215) 938-6378
mlevin@levinlegalgroup.com

*Counsel for Defendant*
*Kevin Burns*

Date:  March 26, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I served the plaintiff listed below by first-class U.S. mail

a copy of the Entry of Appearance for Michel I. Levin, Esq.

**JOHN JONES, JR.**
9 IRIS ROAD
LEVITTOWN, PA 19057
PRO SE

LEVIN LEGAL GROUP, P.C.

*/s/ James J. Musial*
James J. Musial

Date: March 26, 2026