IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John Jones Jr.,

Plaintiff,

v.

Kevin P. Wagner Sr. et al.,

Defendants.

Case No. 26-1050

**To: Clerk of Court**

Attached are five (5) copies of the Bucks County Sheriff's Office orders for service, one for each defendant.

The Bucks County constables are not included at this time, as the Sheriff's Office has indicated that precise service addresses are required. Plaintiff is continuing efforts to obtain that information.

Plaintiff submits this correspondence to ensure the Court is fully apprised of his ongoing and diligent efforts to effect service. Plaintiff is making another attempt to complete service through the Bucks County Sheriff's Office.

Plaintiff has now incurred in excess of $100 in mailing costs to the United States Postal Service in connection with ongoing efforts to effect service in this matter, a significant financial burden given Plaintiff's limited resources.

Respectfully submitted,

27-MAR-26

John Jones Jr.
9 Iris Road
Levittown, PA 19057

cc: Bucks County Sheriff's Office

Bucks County Sheriff's Office
Attn: Sheriff Danny Ceisler
Bucks County Justice Center
100 North Main Street, Floor B2
Doylestown, PA 18901

Dear Sheriff Ceisler:

I am once again submitting federal civil action 26-1050 to your office for service.

Attached is the original money order in the amount of $460. It is obviously an overpayment because the two constables have been removed.

If the excess payment causes any delay in service, please have Bucks County Sheriff's Deputy Sergeant Parker contact me at 267-205-1003, and I will immediately correct any payment issue causing delay.

As you can see, the money order is dated March 9, 2026. This will be my third attempt to effect service.

As you can see from the previous correspondences, there has been no change in the document being served compared to the last time your office served two Bucks County judges and one Bucks County Congressman.

Thank you for your time and attention to this matter.

Sincerely,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

cc: United States District Court



# Bucks County Sheriff's Office

## Order For Service

FROM:

**FROM:**

**John Jones Jr., Pro Se Plaintiff**

FEDERAL
CIVIL ACTION
26-1050

| | WRIT    | | COMPLAINT

| | DIVORCE  ✗ OTHER

Plaintiff

VS.

**TO: (Defendant's name and address)**
Defendant Name:
Kevin P. Wagner Sr.

Defendant

SERVE AT:  (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS:        Address:
                       16 Gun Road
CITY, STATE & ZIP CODE    Levittown, PA 19057

SPECIAL INSTRUCTIONS:

CV-2010



# Bucks County Sheriff's Office

## Order For Service

FEDERAL
CIVIL ACTION
26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE    X OTHER

FROM:

**FROM:**
John Jones Jr., Pro Se Plaintiff

Plaintiff

VS.

**TO: (Defendant's name and address)**
Defendant Name:
Kevin Burns

Defendant

SERVE AT: (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS:

CITY, STATE & ZIP CODE

Address:
Langhorne Borough Police Department
114 East Maple Avenue
Langhorne, PA 19047

SPECIAL INSTRUCTIONS:

CV-2010



# Bucks County Sheriff's Office

## Order For Service

FEDERAL
CIVIL ACTION
~~26-1050~~

| | WRIT    | | COMPLAINT

| | DIVORCE    **X** OTHER

FROM:

_____

**FROM:**

**John Jones Jr., Pro Se Plaintiff**

_____

Plaintiff

VS. _____

**TO: (Defendant's name and address)**
Defendant Name:
Alexus Gordon Wagner

Defendant

SERVE AT:  (must include Apt. Number and Apt. Bldg. Number)

_____

STREET ADDRESS:

Address:
17 Gun Road
Levittown, PA 19057

CITY, STATE & ZIP CODE

SPECIAL INSTRUCTIONS:

CV-2010



# Bucks County Sheriff's Office

## Order For Service

FEDERAL
CIVIL ACTION
~~B~~ 26-1050

| | WRIT   | | COMPLAINT

| | DIVORCE   **X** OTHER

FROM:

**FROM:**

**John Jones Jr., Pro Se Plaintiff**

                                      Plaintiff

              VS.

            **TO: (Defendant's name and address)**
            Defendant Name:
            Andrew Korhonen

                              Defendant

SERVE AT:   (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS:          — Address:
                          56 Gable Hill Road
CITY, STATE & ZIP CODE    — Levittown, PA 19057

SPECIAL INSTRUCTIONS:

CV-2010



# Bucks County Sheriff's Office

## Order For Service

FROM:

I

FEDERAL
CIVIL ACTION
26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE   X OTHER

**FROM:**

**John Jones Jr., Pro Se Plaintiff**

Plaintiff

VS.

**DEFENDANT NAME: Bucks County**

Defendant

SERVE AT: (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS;

CITY, STATE & ZIP CODE

**ADDRESS FOR SERVICE:**
c/o Bucks County Commissioners / Chief Clerk
100 North Main Street
Doylestown, PA 18901

SPECIAL INSTRUCTIONS:

CV-2010



# Bucks County Sheriff's Office

## Order For Service

FROM:

_____

**FROM:**

## John Jones Jr., Pro Se Plaintiff

FEDERAL
CIVIL ACTION
26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE  [X] OTHER

Plaintiff

VS.

_____

**DEFENDANT NAME:** Bucks County District Attorney's Office

Defendant

SERVE AT:  (must include Apt. Number and Apt. Bldg. Number)

_____

STREET ADDRESS;

**ADDRESS FOR SERVICE:**
100 North Main Street

CITY, STATE & ZIP CODE        Doylestown, PA 18901

SPECIAL INSTRUCTIONS:

CV-2010



# Bucks County Sheriff's Office

## Order For Service



FEDERAL CIVIL ACTION 26-1050

| | WRIT    | | COMPLAINT

| | DIVORCE    **X** OTHER

FROM:

**FROM:**

**John Jones Jr., Pro Se Plaintiff**

Plaintiff

VS.

**Defendant: Levittown Now**

Defendant

SERVE AT: (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS;          142 Buckley Street
                          Bristol, PA 19007
CITY, STATE & ZIP CODE

Independent local news outlet (LevittownNow.com)

SPECIAL INSTRUCTIONS:

CV-2010

PRESS FIRMLY TO SEAL

 

FSC
MIX
Board
FSC™ C116916

recycle.info
PAPER
POUCH

This package is made from post-consumer waste. Please recycle - again.

 UNITED STATES
POSTAL SERVICE.

Retail

PRIORITY®
MAIL

**P**

US POSTAGE PAID

**$11.95**

Origin: 19030
03/24/26
4126420030-05

PRIORITY MAIL®

0 Lb 3.30 Oz

RDC 03

EXPECTED DELIVERY DAY: 03/26/26

C019

SHIP
TO:

601 MARKET ST
PHILADELPHIA PA 19106-1729

- Expected
- Domestic shipments in (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used international, a customs destination form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

USPS TRACKING® #



9505 5139 1843 6083 7182 00


PS00001000014



EP14F October 2023

OD: 12 1/2 x 9 1/2



how2recycle.info
PAPER
POUCH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

**FROM:**

9 IRIS ROAD
LEVITTOWN, PA
19057

RECEIVED
MAR 26 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYL

**TO:**

CLERK OF COURT
601 MARKET ST.
PHILADELPHIA, PA
19106



# UNITED STATES
# POSTAL SERVICE ®

# PRIORITY®
# MAIL

JOHN JONES JR. 5
@ INSTAGRAM.COM

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE