CASE 26-1050

Daniel Ceisler, Sheriff
Bucks County Sheriff's Office
100 N. Main Street, Floor B2
Doylestown, PA 18901

**Dear Sheriff Ceisler,**

I've written you numerous times and have received no answer regarding those correspondences. I deserve an answer as to why I was initially charged nearly $800 for service on 9 individuals. I have remitted $460 for your office to serve seven individuals. That's an overage of $80. I have not yet received any return of funds.

I've made numerous attempts to call your office and the phone just rings off the hook and no one answers and after two dozen Rings it disconnects, I have numerous videos of this happening. I need to know the docket number that was assigned to this case as it is a federal matter and you people do not assign it a regular number. It appears to be an arbitrary number.

I have carbon copied those people below so that this can constitute proper notice as to the fact that I was initially overcharged and now your office will not answer the phone when I call. Also of note is the fact that the Republican Sheriff preceding you had no problem serving my papers. Now you're a democratic Sheriff and service is being affected on powerful democratic party members including numerous members of the Wagner family which can only be described as significant resistance from your office.

Sincerely,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

6 -APR-26

cc: Judge Jeffrey L. Finley, Bucks County, PA. Fax 215-348-6101
Judge W. H. Bateman, President Judge, Bucks County, PA. Fax 215-491-7638
Judges, United States Federal Courthouse, Philadelphia, PA.
Bucks County District Attorney Office, Bucks County, PA. Fax 215-348-6299
Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
PA State Representative, Tina Davis, Levittown, PA. Fax 267-580-2665
US Congressman, Brian Fitzpatrick, Langhorne, PA. Fax 215-579-8109
Attorney General of PA., Harrisburg, PA. Fax 717-787-8242
Governor of PA., Harrisburg, PA. Fax 717-772-8284

*Retail*





19106

**RDC 99**

U.S. POSTAGE PAID
FCM LETTER
FAIRLESS HILLS, PA 19030
APR 08, 2026

**$0.78**

S2324D503226-04

PHILADELPHIA PA 190
8 APR 2026 PM 6 L

FEDERAL COURTHOUSE
601 MARKET ST.
PHILADELPHIA, PA
19106

**RECEIVED**
APR 10 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

9 IRIS RD
LEVITTOWN, PA
19657