## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JONES, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-1050 |
| | : | |
| KEVIN P. WAGNER, SR., KEVIN | : | |
| BURNS, ANDREW KORHONEN, | : | |
| ALEXUS GORDON WAGNER, | : | |
| JOSHUA PETERSON, THOMAS | : | |
| CALAMARI, BUCKS COUNTY, | : | |
| BUCKS COUNTY DISTRICT | : | |
| ATTORNEY'S OFFICE, LEVITTOWN | : | |
| NOW, PUBLISHER | : | |

## ORDER

**AND NOW**, this 29th of April 2026, noting Plaintiff must return proof of effective service by May 15, 2026 consistent with Federal Rule of Civil Procedure 4, and noting Plaintiff is seemingly attempting to have the Bucks County Sheriff affect service (ECFs 14, 15, and 16) when this is not necessary under Federal Rule of Civil Procedure 4(c) which allows any adult at least 18 years old and not a party to serve and we did specially appoint law enforcement special service, it is **ORDERED** we remind Plaintiff he must, on or before **May 15, 2026**, effect service consistent with Rule 4 regardless of whether it is done through the Bucks County Sheriff but must be done consistent with Federal Rule 4(c) or we may dismiss this matter for lack of prosecution.

_____

**KEARNEY, J.**