## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN JONES, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-1050** |
| | : | |
| **KEVIN P. WAGNER, SR., KEVIN** | : | |
| **BURNS, ANDREW KORHONEN,** | : | |
| **ALEXUS GORDON WAGNER,** | : | |
| **JOSHUA PETERSON, THOMAS** | : | |
| **CALAMARI, BUCKS COUNTY,** | : | |
| **BUCKS COUNTY DISTRICT** | : | |
| **ATTORNEY'S OFFICE, LEVITTOWN** | : | |
| **NOW, PUBLISHER** | : | |

## ORDER

**AND NOW**, this 8th of May 2026, upon considering Plaintiff's pro se Motion (ECF 18) to amend his obligations under our April 29, 2026 Order (ECF 17) granting him leave to effect service by no later than **May 15, 2026**, and again reminding Plaintiff he must effect service consistent with Rule 4 regardless the Bucks County Sheriff's efforts as one alternative means of service, but granting him a limited extension to further confirm his obligations under Federal Rule 4, it is **ORDERED** we **GRANT in part** Plaintiff's Motion (ECF 18) only to amend our April 29, 2026 Order (ECF 17) to grant him leave to effect service consistent with Federal Rule 4(c) by no later than **May 28, 2026** either through the Bucks County Sheriff or otherwise consistent with Federal Rule 4(c) or we may dismiss his case for lack of prosecution against unserved Defendants mindful he must still timely file affidavits of service as to served Defendants.

_____
**KEARNEY, J.**