**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN JONES, JR. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | Case No. 26-1050 |
| | : | |
| KEVIN P. WAGNER, et al., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK:** Kindly enter my appearance on behalf of Defendants, County of Bucks

and Bucks County District Attorney's Office, in the above-captioned matter.


Date: May 12, 2026                                    **BUCKS COUNTY LAW DEPARTMENT**

                              BY:    */s/ Mary K. McAloon*
                                     Mary K. McAloon, Esq.  (No. 326264)
                                     Assistant County Solicitor
                                     Bucks County Administration Building
                                     55 East Court Street, 5th floor
                                     Doylestown, PA  18901
                                     (215) 348-6464
                                     mmcaloon@buckscounty.org

                                     *Counsel for the County Defendants*

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN JONES, JR. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | Case No. 26-1050 |
| | : | |
| KEVIN P. WAGNER, et al., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Mary K. McAloon, Assistant County Solicitor, certify that on the 12th day of May 2026, I served a true and correct copy of the foregoing Entry of Appearance on all counsel of record by electronic filing, e-mail, or first-class U.S. Mail, pre-paid to the following:

John Jones, Jr.
9 Iris Road
Levittown, PA 19057

Kevin Burns
C/O Michael I. Levin, Esq.
James J. Musial, Esq.
Levin Legal Group, PC
1800 Byberry Road
Suite 1301
Huntingdon Valley, PA 19006

Date: <u>May 12, 2026</u>                    **BUCKS COUNTY LAW DEPARTMENT**

BY:    */s/ Mary K. McAloon*
        Mary K. McAloon, Esq.  (No. 326264)
        Assistant County Solicitor
        Bucks County Administration Building
        55 East Court Street, 5th floor
        Doylestown, PA  18901
        (215) 348-6464
        mmcaloon@buckscounty.org

        *Counsel for the County Defendants*

2