IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John Jones Jr.
9 Iris Road
Levittown, PA 19057

Re: Jones v. Kevin P. Wagner Sr. et al.
Case No. 26-1050

To the Clerk of Court:

I respectfully submit this correspondence in connection with my previously filed request for an extension of time to complete service in the above-captioned matter. I inadvertently failed to include the attached March 18, 2026 correspondence directed to the Bucks County Sheriff's Office regarding the substantial and inconsistent federal civil service fees being demanded in connection with service of process in this case.

As reflected within that correspondence, the Bucks County Sheriff's Office returned my federal civil service paperwork claiming an "incorrect fee" and demanded payment of $745.00 for service upon nine defendants. This position is inconsistent with the Sheriff's Office prior handling of materially identical federal civil service requests previously submitted by Plaintiff.

Additionally, despite repeated correspondence and requests for clarification, Plaintiff has received no meaningful response from the Bucks County Sheriff's Office regarding these issues. Plaintiff has likewise not been provided with any sheriff service tracking number, docket number, reference number, or similar identifying information that would permit Plaintiff to determine the status or progress of attempted service.

Plaintiff is therefore attempting in good faith to complete service while simultaneously encountering substantial administrative obstacles outside Plaintiff's control. This correspondence is submitted so the Court is fully aware of the circumstances contributing to the requested extension of time.

Thank you for your time and consideration regarding this matter.

Respectfully submitted,

11- MAY-26

John Jones Jr.
9 Iris Road
Levittown, PA 19057

March 18, 2026

Bucks County Sheriff's Office
Civil Division
100 North Main Street
Doylestown, PA 18901

**Re: Civil Service Fee Discrepancy – Federal Summons & Complaint (9 Defendants)**

To Whom It May Concern:

I am writing regarding the return of my federal civil service paperwork accompanied by your notice claiming an "incorrect fee" and demanding payment of $745.00 for service upon nine defendants.

This position is inconsistent with your office's prior handling of identical federal service. I previously submitted and had successfully served approximately half a dozen federal complaints through your office, each accompanied by the required federal summons. In those instances—including service upon Neshaminy School District and Troy Bodolus—no additional per-document fee was imposed for the summons. The summons was properly treated as part of the required service package under Federal Rule of Civil Procedure 4.

Your current position improperly recharacterizes the summons as a separately chargeable document, resulting in a substantial and unjustified increase in fees. This represents a clear deviation from your own prior practices in materially identical circumstances.

Accordingly, I demand the following:

1. The full name and title of the individual clerk or employee who processed and calculated the fee for the present submission;
2. The full name and title of the individual clerk or employee who processed my prior federal service submissions referenced above;
3. A written explanation identifying the specific policy, directive, or fee schedule change that justifies this inconsistent treatment;
4. Confirmation as to whether this new interpretation is being applied uniformly to all federal civil service requests.

Be advised that I am preserving this issue for the record. Any arbitrary, inconsistent, or discriminatory application of service fees affecting my federal litigation will be addressed accordingly, including presentation before the United States District Court if necessary.

I expect a prompt and complete response so that this matter may be resolved without further delay to service.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

CC: United States Federal Court

Bucks County Sheriff Daniel R. Sessler
100 North Main Street
Doylestown, PA 18901

Dear Sheriff Sessler:

I am writing regarding a recent telephone communication I received from Sergeant Parker concerning an additional fee of $135 purportedly required for service in a "federal civil action."

I formally object to this additional charge.

In prior, materially identical circumstances, the Bucks County Sheriff's Office has accepted and executed service for multiple defendants in federal civil matters under the established fee structure of $140 for the first defendant and $40 for each additional defendant. I have personally paid such fees in the past for service involving multiple parties without any supplemental or "federal" surcharge being imposed.

The current demand for an additional $135 appears inconsistent with that established practice and, to date, has not been supported by any identified statute, rule, or formally adopted fee schedule. A federal summons is not a separate or optional document—it is an integral component of service under Federal Rule of Civil Procedure 4(c)(1). Treating it as a separately billable item is therefore procedurally questionable and inconsistent with prior handling by your office.

Accordingly, I request the following:

1. Identification of the specific statute, rule, or officially adopted fee schedule authorizing this additional $135 charge for federal civil service;
2. Clarification as to why this fee was not assessed in prior comparable federal service requests processed by your office;
3. Confirmation of whether this represents a newly implemented policy, and if so, the date of implementation and the authority under which it was enacted.

This issue directly impacts my ability to effect timely service in a pending federal matter. If this additional charge is not supported by a clear legal basis, it may constitute an improper barrier to service. In that event, I will be compelled to place this issue before the Court as part of the record concerning service-related delays and associated administrative obstacles.

I am prepared to proceed promptly upon receipt of clarification. However, absent a clear and documented basis for the additional charge, I must maintain my objection and reserve all rights with respect to further action.

I am remitting the $135 solely to avoid further delay in service, and I do so under explicit protest and without waiver of any objection, claim, or right to challenge the propriety of this fee.

Sincerely,

16-APR-26

John Jones Jr.
9 Iris Road
Levittown, PA 19057

Cc: Sergeant Parker
United States District Court, E.D. Pa. – Case No. 26-1050

Case 2:26-cv-01050-MAK   Document 24   Filed 05/13/26   Page 4 of 4

9 IRIS RD
LEVITTOWN, PA
19057

FCM LETTER
FAIRLESS HILLS, PA 19030
MAY 11, 2026


UNITED STATES
POSTAL SERVICE ®

19106

$0.78

RDC 99

S2324D503226-04

FEDERAL COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RECEIVED
MAY 13 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA