## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN JONES, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-1050** |
| | : | |
| **KEVIN P. WAGNER, SR., KEVIN** | : | |
| **BURNS, ANDREW KORHONEN,** | : | |
| **ALEXUS GORDON WAGNER,** | : | |
| **JOSHUA PETERSON, THOMAS** | : | |
| **CALAMARI, BUCKS COUNTY,** | : | |
| **BUCKS COUNTY DISTRICT** | : | |
| **ATTORNEY'S OFFICE, LEVITTOWN** | : | |
| **NOW, PUBLISHER, JEFFREY** | : | |
| **WAGNER, SERGEANT MICHAEL** | : | |
| **LUBOLD, DOE OFFICER 1, DOE** | : | |
| **OFFICER 2, JOHN BECK, JASON** | : | |
| **MANCUSO, ASHLEY MCCABE,** | : | |
| **EDWARD DIFRANK, SEAN** | : | |
| **COSGROVE, EMILYANN** | : | |
| **MAIALETTI, MIDDLETOWN** | : | |
| **TOWNSHIP, BRISTOL TOWNSHIP,** | : | |
| **NESHAMINY SCHOOL DISTRICT** | : | |

## ORDER

**AND NOW**, this 14th of May 2026, upon considering Plaintiff's amended Complaint (ECF 25) mooting the pending Motions to dismiss (ECF 22, 23), and for good cause, it is **ORDERED** we:

1.   **DEEM** the amended Complaint (ECF 25) filed;

2.   **DENY** Defendants' Motions to dismiss (ECF 22, 23) without prejudice as moot;

3.   **AMEND** the caption as above; and,

4.   **DIRECT** the Clerk of Court to issue summons.

_____
**KEARNEY, J.**