John Jones Jr.
9 Iris Road
Levittown, PA 19057

May 14, 2026

Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re: Jones v. Kevin P. Wagner Sr. et al.**
**Case No. 26-1050**

Dear Clerk of Court:

Enclosed please find a previously omitted "Notice of Key Video and Record Evidence" page *PAGES* intended to be included within Plaintiff's Amended Complaint.

This page should immediately precede the exhibit cover page labeled "EXHIBIT 1-LPC" as reflected in the enclosed reference copy.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN JONES JR., Plaintiff

v.

KEVIN P. WAGNER SR., et al., Defendants

Civil Action No. 26-1050

NOTICE OF KEY VIDEO AND RECORD EVIDENCE

Plaintiff provides notice of the following key evidence, without exhaustive detail:

1. On January 29, 2022, Defendant Ashley McCabe stated on video that Plaintiff would be cited for harassment for driving on a public street near Wagner residences.

2. On December 11, 2021, Officer John Beck stated on video that Plaintiff was not in violation of any law, specifically noting that the applicable restriction applied only during school hours.

3. Sergeant Michael Lubold acknowledged on video that Officer Beck had already evaluated the situation and taken no enforcement action.

4. Defendant Jeffrey Wagner stated on video that Plaintiff was not permitted on public school property at all, contrary to the written restriction limiting access only during school hours.

5. On February 3, 2022, Defendant Jason Mancuso stated on video that Plaintiff would be released shortly. This occurred four days after Defendant Ashley McCabe had warned Plaintiff not to drive past Wagner residences or he would be cited for harassment. There was no mention of stalking at that time, and Plaintiff had ceased any such driving activity by February 1, 2022. Plaintiff was instead incarcerated on February 3, 2022 on $1,000,000 bail for misdemeanor charges and detained under conditions alleged to be excessive and harmful.

6. Records, including probable cause affidavits, reflect that Defendant Kevin Wagner Sr. influenced the course of the investigation by communicating with law enforcement leadership.

Plaintiff asserts that this evidence demonstrates knowledge of exculpatory facts, inconsistent enforcement, and coordinated conduct relevant to claims asserted in this action.

Respectfully submitted,

John Jones Jr.

9 Iris Road

Levittown, PA 19057

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN JONES JR., Plaintiff

v.

KEVIN P. WAGNER SR., et al., Defendants

Civil Action No. 26-1050

**NOTICE OF INTENT TO USE VIDEO EVIDENCE**

Plaintiff, John Jones Jr., hereby provides notice of his intent to rely upon and introduce video evidence in support of his claims in this matter.

The video evidence includes, but is not limited to, recordings of interactions between Plaintiff and law enforcement officers relevant to the events described in the Complaint and Amended Complaint.

Such video evidence will be used to demonstrate, among other things, the statements, conduct, and knowledge of Defendants, including but not limited to prior officer interactions, acknowledgment of exculpatory information, and the circumstances surrounding Plaintiff's arrest and prosecution.

Plaintiff will make such video evidence available in accordance with applicable rules and procedures of this Court.

Respectfully submitted,

John Jones Jr.

9 Iris Road

Levittown, PA 19057

10~MAY~26

# EXHIBT 1-LPC

John Jones Jr.
9 Iris Road
Levittown, PA 19057

May 14, 2026

Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re: Jones v. Kevin P. Wagner Sr. et al.**
**Case No. 26-1050**

Dear Clerk of Court:

Enclosed please find Plaintiff's Motion for Leave to File Amended Complaint together with copies of Bucks County Sheriff return of service documents relating to prior service efforts in this matter.

Several defendants were successfully served. However, defendants Alexus Gordon Wagner and Andrew Korhonen were not served despite multiple documented attempts by the Bucks County Sheriff's Office. The Sheriff's returns reflect repeated service attempts before the matters were marked "Not Served."

Alexus Gordon Wagner is the wife of defendant Jeffrey Wagner. Andrew Korhonen is Jeffrey Wagner's father-in-law and Alexus Gordon Wagner's stepfather. Based upon the repeated unsuccessful service attempts reflected in the Sheriff's returns, Plaintiff believes these individuals may be actively avoiding service.

Plaintiff respectfully requests guidance from the Court regarding how Plaintiff should proceed concerning these unserved defendants, including whether alternative service methods may be appropriate under the circumstances. Plaintiff additionally requests additional time to complete service due to the documented service difficulties and delays associated with these defendants. Plaintiff does not believe the presently existing service deadline of May 28, 2026 provides sufficient time under the circumstances.

Plaintiff has made continuous efforts to prosecute and effectuate service in this matter and submits the enclosed documentation so the Court has a complete record concerning the status of service efforts to date.

Respectfully submitted,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### JOHN JONES JR.,
**Plaintiff,**

v.

### KEVIN P. WAGNER SR. et al.,
**Defendants.**

**Case No. 26-1050**

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff John Jones Jr., proceeding pro se, respectfully moves this Court for leave to file the attached First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and in support thereof states as follows:

1. Plaintiff previously filed the original Complaint in the above-captioned matter.

2. Plaintiff seeks leave to file the attached First Amended Complaint in order to add additional defendants, factual allegations, and related claims arising from the same series of events and occurrences already before this Court.

3. The proposed amendments are submitted in good faith and for the purpose of presenting the full factual circumstances relevant to this litigation.

4. Plaintiff submits that permitting amendment will promote adjudication of this matter on the merits and will not unduly prejudice any party.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the attached First Amended Complaint.

Respectfully submitted,

John Jones Jr.,
9 Iris Road
Levittown, PA 19057

# BUCKS SHERIFF'S RETURN

Case #:      **2026-91733**
Commenced: **4/20/2026**
Caption:     **JONES, JOHN JR**
             **vs.**
             **LEVITTOWN NOW**

## SERVICE REQUEST

Request #:       **72983 (2 of 7)**
Request Type:    **Out of County   COMPLAINT & SUMMONS**
Entered:         **4/20/2026 by COB\jlsommers**
Requested By:    **JOHN JONES JR**
                 **UNKNOWN**

Special Instructions:
Service To:       **BUCKS COUNTY DISTRICT ATTORNEYS OFFICE**

Zone:        **4**
Address:     **100 NORTH MAIN STREET**
             **DOYLESTOWN, PA 18901**
Municipality: **Doylestown BOROUGH**

   **Pick Up** on **4/21/2026 9:05 AM** by deputy **Zachary Williams**

   **Served** on **4/21/2026 9:05 AM** by deputy **Zachary Williams**

   • **Person in Charge of Business (A)(2)(iii)**

   Served To: **Maria (reception)**
   Note: **accepted service for def**



# Bucks County Sheriff's Office

## Order For Service

FEDERAL
CIVIL ACTION
26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE    X OTHER

FROM:

_____

### FROM:

### John Jones Jr., Pro Se Plaintiff

Plaintiff

VS.

**DEFENDANT NAME:** Bucks County District Attorney's Office

Defendant

SERVE AT: (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS:

**ADDRESS FOR SERVICE:**
100 North Main Street

CITY, STATE & ZIP CODE    Doylestown, PA 18901

SPECIAL INSTRUCTIONS:

CV-2010

# BUCKS SHERIFF'S RETURN

Case #:       **2026-91733**
Commenced: **4/20/2026**
Caption:     **JONES, JOHN JR**
             **vs.**
             **LEVITTOWN NOW**

## SERVICE REQUEST

Request #:      **72984 (3 of 7)**
Request Type:   **Out of County   COMPLAINT & SUMMONS**
Entered:        **4/20/2026 by COB\jlsommers**
Requested By:   **JOHN JONES JR**
                **9 IRIS ROAD**
                **LEVITTOWN, PA 19057**

Special Instructions:
Service To:     **BUCKS COUNTY C/O BUCKS COUNTY COMMISSIONERS/CHIEF CLERK**

Zone:        **4**
Address:     **100 NORTH MAIN STREET**
             **DOYLESTOWN, PA 18901**
Municipality: **Doylestown BOROUGH**

**Pick Up** on **4/21/2026 9:17 AM** by deputy **Zachary Williams**

**Served** on **4/21/2026 9:17 AM** by deputy **Zachary Williams**

- **Person in Charge of Business (A)(2)(iii)**

Served To: **Mary Kate Maclin**
Note: **accepted for def**



# Bucks County Sheriff's Office

## Order For Service

FEDERAL
CIVIL ACTION
~~26-1050~~ 26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE    X OTHER

FROM:

_____

**FROM:**

John Jones Jr., Pro Se Plaintiff

Plaintiff

VS.

**DEFENDANT NAME:** Bucks County

Defendant

SERVE AT:  (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS:          **ADDRESS FOR SERVICE:**

CITY, STATE & ZIP CODE    c/o Bucks County Commissioners / Chief Clerk

100 North Main Street

Doylestown, PA 18901

SPECIAL INSTRUCTIONS:

CV-2010

# BUCKS SHERIFF'S RETURN

Case #:       **2026-91733**
Commenced: **4/20/2026**
Caption:      **JONES, JOHN JR**
              **vs.**
              **LEVITTOWN NOW**

## SERVICE REQUEST

Request #:          **72986 (5 of 7)**
Request Type:       **Out of County   COMPLAINT & SUMMONS**
Entered:            **4/20/2026 by COB\jlsommers**
Requested By:       **JOHN JONES JR**
                    **9 IRIS ROAD**
                    **LEVITTOWN, PA 19057**
Special Instructions:
Service To:         **KEVIN P WAGNER SR**

Zone:         **1**
Address:      **16 GUN ROAD**
              **LEVITTOWN, PA 19057**
Municipality: **Bristol TOWNSHIP**

Pick Up on **4/21/2026 2:23 PM** by deputy **Deputy Joseph Renson**

Served on **4/22/2026 8:47 AM** by deputy **Deputy Joseph Renson**

- **Defendant personally served (A)(i)**

Served To: **KEVIN P WAGNER**



# Bucks County Sheriff's Office

## Order for Service

FROM:

**FROM:**
John Jones Jr., Pro Se Plaintiff

FEDERAL
~~CIVIL~~ ACTION
26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE   X OTHER

Plaintiff

VS.

**TO: (Defendant's name and address)**
Defendant Name:
Kevin P. Wagner Sr.

Defendant

SERVE AT:  (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS:        Address:
                       16 Gun Road
CITY, STATE & ZIP CODE   Levittown, PA 19057

SPECIAL INSTRUCTIONS:

CV-2010

# BUCKS SHERIFF'S RETURN

Case #:     **2026-91733**
Commenced: **4/20/2026**
Caption:    **JONES, JOHN JR**
            **vs.**
            **LEVITTOWN NOW**

## SERVICE REQUEST

Request #:        **72989 (7 of 7)**
Request Type:     **Out of County   COMPLAINT & SUMMONS**
Entered:          **4/20/2026 by COB\jlsommers**
Requested By:     **JOHN JONES JR**
                  **9 IRIS ROAD**
                  **LEVITTOWN, PA 19057**
Special Instructions:
Service To:       **KEVIN BURNS**

Zone:       **3**
Address:    **114 EAST MAPLE AVENUE**
            **LANGHORNE BOROUGH POLICE DEPARTMENT**
            **LANGHORNE, PA 19047**
Municipality: **Langhorne BOROUGH**

Pick Up on **4/21/2026 2:28 PM** by deputy **cob\mcintyre**

Served on **4/21/2026 2:25 PM** by deputy **cob\mcintyre**

- **Defendant personally served (A)(i)**

Note: **SERVICE ACCEPTED BY DEF**



# Bucks County Sheriff's Office

## Order For Service

FEDERAL
~~CIVIL~~ ACTION
26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE    ☒ OTHER

FROM:

_____

**FROM:**

John Jones Jr., Pro Se Plaintiff

Plaintiff

VS.

**TO: (Defendant's name and address)**
Defendant Name:
Kevin Burns

Defendant

SERVE AT: (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS:

CITY, STATE & ZIP CODE

Address:
Langhorne Borough Police Department
114 East Maple Avenue
Langhorne, PA 19047

SPECIAL INSTRUCTIONS:

CV-2010

# BUCKS SHERIFF'S RETURN

Case #:        **2026-91733**
Commenced: **4/20/2026**
Caption:      **JONES, JOHN JR**
              **vs.**
              **LEVITTOWN NOW**

## SERVICE REQUEST

Request #:         **72982 (1 of 7)**
Request Type:      **Out of County   COMPLAINT & SUMMONS**
Entered:           **4/20/2026 by COB\jlsommers**
Requested By:      **JOHN JONES JR**
                   **UNKNOWN**

Special Instructions:
Service To:        **LEVITTOWN NOW**

Zone:   **1**
Address: **142 BUCKLEY STREET**
         **BRISTOL, PA 19007**
         **Pick Up** on **4/21/2026 2:24 PM** by deputy **Deputy Joseph Renson**

         **Not Served** on **4/21/2026 2:24 PM** by deputy **Deputy Joseph Renson**

         • **Defendant Unknown**





# Bucks County Sheriff's Office

## Order For Service



Case #: 2026-91733-0000    14217755
Main (Public)
Code: 0        Judge:
Rcpt Z3018363    4/20/2026 11:32:03 AM

FEDERAL
CIVIL ACTION
26-1050

| | WRIT    ⋈ COMPLAINT

| | DIVORCE    ✗ OTHER
Summons

**FROM:**

**FROM:**
**John Jones Jr., Pro Se Plaintiff**

Plaintiff

VS.

**Defendant: Levittown Now**

Defendant

SERVE AT:  (must include Apt. Number and Apt. Bldg. Number)

STREET ADDRESS:        142 Buckley Street
Bristol, PA 19007

CITY, STATE & ZIP CODE    Independent local news outlet (LevittownNow.com)

SPECIAL INSTRUCTIONS:

**To:** Bucks County Sheriff — Civil Division
100 North Main Street
Doylestown, PA 18901

**Re:** Civil Service Packets — 9 Defendants
**Case:** *Jones v. Kevin P. Wagner Sr. et al.*
U.S. District Court, E.D. Pennsylvania
Case No. 26-1050

Dear Sheriff's Civil Division:

Enclosed please find nine (9) federal civil complaint service packets for personal service, with corresponding Bucks County Sheriff service instructions for each defendant in the above-referenced matter.

Several defendants are Bucks County constables. Where a residential address was not available, identifying information and office affiliation are provided on the respective Sheriff service instruction sheets.

A check in the amount of $460.00 is enclosed for service fees.

Please contact me if any additional information is required.

Respectfully,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

John Jones Jr.
9 Iris Road
Levittown, PA 19057

March 3, 2026

Bucks County Sheriff's Office
100 North Main Street
Doylestown, PA 18901

Attn: Jen

Re: Federal Service - Summons Enclosed

Dear Ms. Jen,

Thank you for agreeing to hold the previously delivered complaint packets pending receipt of the corresponding summonses.

Enclosed please find nine (9) original summonses for service in connection with the previously submitted federal action. These summonses correspond to the complaint packets currently in your custody.

The summonses are complaint specific. Each complaint goes to a specific person due to the content in it mentioning that specific person. The summonses are sent to you in the same order as were the complaints. Each Sheriff service sheet is attached to the correct complaint for that particular individual. If they get mixed up you can see several pages into the complaint is what is called a litigation hold with a specific defendant name. That is why the complaints are specific to each individual.

I appreciate your assistance and cooperation in this matter.

Respectfully,

John Jones Jr.
9 Iris Road
Levittown, PA 19057

Bucks County Sheriff Daniel R. Sessler
100 North Main Street
Doylestown, PA 18901

Dear Sheriff Sessler:

I am writing regarding a recent telephone communication I received from Sergeant Parker concerning an additional fee of $135 purportedly required for service in a "federal civil action."

I formally object to this additional charge.

In prior, materially identical circumstances, the Bucks County Sheriff's Office has accepted and executed service for multiple defendants in federal civil matters under the established fee structure of $140 for the first defendant and $40 for each additional defendant. I have personally paid such fees in the past for service involving multiple parties without any supplemental or "federal" surcharge being imposed.

The current demand for an additional $135 appears inconsistent with that established practice and, to date, has not been supported by any identified statute, rule, or formally adopted fee schedule. A federal summons is not a separate or optional document—it is an integral component of service under Federal Rule of Civil Procedure 4(c)(1). Treating it as a separately billable item is therefore procedurally questionable and inconsistent with prior handling by your office.

Accordingly, I request the following:

1. Identification of the specific statute, rule, or officially adopted fee schedule authorizing this additional $135 charge for federal civil service;
2. Clarification as to why this fee was not assessed in prior comparable federal service requests processed by your office;
3. Confirmation of whether this represents a newly implemented policy, and if so, the date of implementation and the authority under which it was enacted.

This issue directly impacts my ability to effect timely service in a pending federal matter. If this additional charge is not supported by a clear legal basis, it may constitute an improper barrier to service. In that event, I will be compelled to place this issue before the Court as part of the record concerning service-related delays and associated administrative obstacles.

I am prepared to proceed promptly upon receipt of clarification. However, absent a clear and documented basis for the additional charge, I must maintain my objection and reserve all rights with respect to further action.

I am remitting the $135 solely to avoid further delay in service, and I do so under explicit protest and without waiver of any objection, claim, or right to challenge the propriety of this fee.

Sincerely,

16-APR-26

John Jones Jr.
9 Iris Road
Levittown, PA 19057

Cc: Sergeant Parker
United States District Court, E.D. Pa. – Case No. 26-1050

Bucks County Sheriff Daniel R. Sessler
100 North Main Street
Doylestown, PA 18901

Dear Sheriff Sessler:

I am writing regarding a recent telephone communication I received from Sergeant Parker concerning an additional fee of $135 purportedly required for service in a "federal civil action."

I formally object to this additional charge.

In prior, materially identical circumstances, the Bucks County Sheriff's Office has accepted and executed service for multiple defendants in federal civil matters under the established fee structure of $140 for the first defendant and $40 for each additional defendant. I have personally paid such fees in the past for service involving multiple parties without any supplemental or "federal" surcharge being imposed.

The current demand for an additional $135 appears inconsistent with that established practice and, to date, has not been supported by any identified statute, rule, or formally adopted fee schedule. A federal summons is not a separate or optional document—it is an integral component of service under Federal Rule of Civil Procedure 4(c)(1). Treating it as a separately billable item is therefore procedurally questionable and inconsistent with prior handling by your office.

Accordingly, I request the following:

1. Identification of the specific statute, rule, or officially adopted fee schedule authorizing this additional $135 charge for federal civil service;
2. Clarification as to why this fee was not assessed in prior comparable federal service requests processed by your office;
3. Confirmation of whether this represents a newly implemented policy, and if so, the date of implementation and the authority under which it was enacted.

This issue directly impacts my ability to effect timely service in a pending federal matter. If this additional charge is not supported by a clear legal basis, it may constitute an improper barrier to service. In that event, I will be compelled to place this issue before the Court as part of the record concerning service-related delays and associated administrative obstacles.

I am prepared to proceed promptly upon receipt of clarification. However, absent a clear and documented basis for the additional charge, I must maintain my objection and reserve all rights with respect to further action.

I am remitting the $135 solely to avoid further delay in service, and I do so under explicit protest and without waiver of any objection, claim, or right to challenge the propriety of this fee.

Respectfully submitted,

16-APR-26

John Jones Jr.
9 Iris Road
Levittown, PA 19057

Cc: Sergeant Parker
United States District Court, E.D. Pa. – Case No. 26-1050

# BUCKS SHERIFF'S RETURN

Case #:       **2026-91733**
Commenced: **4/20/2026**
Caption:      **JONES, JOHN JR**
              **vs.**
              **LEVITTOWN NOW**

## SERVICE REQUEST

Request #:         **72985 (4 of 7)**
Request Type:      **Out of County   COMPLAINT & SUMMONS**
Entered:           **4/20/2026 by COB\jlsommers**
Requested By:      **JOHN JONES JR**
                   **9 IRIS ROAD**
                   **LEVITTOWN, PA 19057**
Special Instructions:
Service To:        **ANDREW KORNONEN**

Zone:         **1**
Address:      **56 GABLE HILL ROAD**
              **LEVITTOWN, PA 19057**
Municipality: **Bristol TOWNSHIP**

**Pick Up** on **4/21/2026 2:24 PM** by deputy **Deputy Joseph Renson**

**Attempt** on **4/23/2026 7:57 AM** by deputy **Deputy Joseph Renson**

**Attempt** on **4/22/2026 9:45 AM** by deputy **Deputy Joseph Renson**

**Attempt** on **5/1/2026 1:51 PM** by deputy **Deputy Joseph Renson**

**Attempt** on **5/5/2026 9:02 AM** by deputy **Deputy Joseph Renson**

**Not Served** on **5/5/2026 9:02 AM** by deputy **Deputy Joseph Renson**

- **Other**

Note: **MADE 3 ATTEMPTS TO CONTACT THE DEFT**



# Bucks County Sheriff's Office

## Order For Service



FEDERAL CIVIL ACTION ~~26-1050~~ 26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE    X OTHER

FROM:

_____

**FROM:**

**John Jones Jr., Pro Se Plaintiff**

Plaintiff

VS.

_____

**TO: (Defendant's name and address)**
Defendant Name:
Andrew Korhonen

Defendant

SERVE AT: (must include Apt. Number and Apt. Bldg. Number)

_____

STREET ADDRESS:          Address:
                         56 Gable Hill Road
CITY, STATE & ZIP CODE   Levittown, PA 19057

SPECIAL INSTRUCTIONS:

CV-2010

# BUCKS SHERIFF'S RETURN

Case #:        **2026-91733**
Commenced: **4/20/2026**
Caption:       **JONES, JOHN JR**
               **vs.**
               **LEVITTOWN NOW**

## SERVICE REQUEST

Request #:         **72987 (6 of 7)**
Request Type:      **Out of County   COMPLAINT & SUMMONS**
Entered:           **4/20/2026 by COB\jlsommers**
Requested By:      **JOHN JONES JR**
                   **9 IRIS ROAD**
                   **LEVITTOWN, PA 19057**

Special Instructions:
Service To:        **ALEXUS GORDON WAGNER**

Zone:          **1**
Address:       **17 GUN ROAD**
               **LEVITTOWN, PA 19057**
Municipality: **Bristol TOWNSHIP**

**Pick Up** on **4/21/2026 2:23 PM** by deputy **Deputy Joseph Renson**

**Attempt** on **4/23/2026 8:01 AM** by deputy **Deputy Joseph Renson**

**Attempt** on **4/22/2026 9:53 AM** by deputy **Deputy Joseph Renson**

**Attempt** on **5/1/2026 1:49 PM** by deputy **Deputy Joseph Renson**

**Attempt** on **5/5/2026 9:06 AM** by deputy **Deputy Joseph Renson**

**Not Served** on **5/5/2026 9:06 AM** by deputy **Deputy Joseph Renson**

- **Other**

Note: **MADE 4 ATTEMPTS TO CONTACT THE DEFT**



# Bucks County Sheriff's Office

## Order For Service

FEDERAL
~~CIVIL~~ ACTION
26-1050

[ ] WRIT    [ ] COMPLAINT

[ ] DIVORCE    **X** OTHER

FROM:

_____

**FROM:**

**John Jones Jr., Pro Se Plaintiff**

Plaintiff

VS. _____

**TO: (Defendant's name and address)**
Defendant Name:
Alexus Gordon Wagner

Defendant

SERVE AT:  (must include Apt. Number and Apt. Bldg. Number)

_____

STREET ADDRESS:

CITY, STATE & ZIP CODE

Address:
17 Gun Road
Levittown, PA 19057

SPECIAL INSTRUCTIONS:

CV-2010

PRESS FIRMLY TO SEAL



SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00061

how2recycle.info
PAPER POUCH

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.**    *Retail*

**P**    US POSTAGE PAID
**$12.90**    Origin: 19030
05/14/26
4126420030-04

**PRIORITY MAIL®**

0 Lb 5.10 Oz

RDC 03

EXPECTED DELIVERY DAY: 05/16/26

C019

SHIP TO:
601 MARKET ST
PHILADELPHIA PA 19106-1729



**PRIORITY**
MAIL®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

FROM:

9 IRIS ROAD
LEVITTOWN, PA.
19057.




RECEIVED
MAY 5 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

U.S.M.S.
X-RAY

TO:

U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA
19106

USPS TRACKING® #

ONE RATE

9505 5139 1841 6134 8335 66

FS00001000014    OD: 12 1/2 x 9 1/2


To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

how2recycle.info
PAPER POUCH

SKNA