**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOHN JONES, JR. | : | |
| Plaintiff, | : | No. 2:26-cv-01050-MAK |
| | : | |
| v. | : | |
| | : | |
| KEVIN P. WAGNER, SR., et al | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

TO THE COURT CLERK:

Kindly enter my appearance as counsel on behalf of Defendant Neshaminy School District

in the above-captioned matter.


LEVIN LEGAL GROUP, P.C.

*/s/ James J. Musial*
James J. Musial (PA Attorney ID No. 71100)
1800 Byberry Road, Suite 1301
Huntingdon Valley, PA 19006
(215) 938-6378
jmusial@levinlegalgroup.com

*Counsel for Defendants Neshaminy School District
and Kevin Burns*

Date: May 27, 2026

## <u>CERTIFICATE OF SERVICE</u>

James J. Musial, Esquire, one of the attorneys for Defendant Neshaminy School District, certifies that the foregoing Entry of Appearance was served on all counsel of record through the Court's Electronic Filing System on the below date and all are available for viewing and downloading.  The following party received service of the filing via first-class mail:

**JOHN JONES, JR.**
9 IRIS ROAD
LEVITTOWN, PA 19057
PRO SE

LEVIN LEGAL GROUP, P.C.

*/s/ James J. Musial*
James J. Musial

Date: May 27, 2026