**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN JONES, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-1050** |
| | : | |
| **KEVIN BURNS, ANDREW** | : | |
| **KORHONEN, ALEXUS GORDON** | : | |
| **WAGNER, JOSHUA PETERSON,** | : | |
| **THOMAS CALAMARI, BUCKS** | : | |
| **COUNTY, LEVITTOWN NOW/** | : | |
| **PUBLISHER, JEFFREY WAGNER,** | : | |
| **SERGEANT MICHAEL LUBOLD, DOE** | : | |
| **OFFICER 1, DOE OFFICER 2, JOHN** | : | |
| **BECK, JASON MANCUSO, ASHLEY** | : | |
| **MCCABE, EDWARD DIFRANK, SEAN** | : | |
| **COSGROVE, EMILYANN** | : | |
| **MAIALETTI, MIDDLETOWN** | : | |
| **TOWNSHIP, BRISTOL TOWNSHIP,** | : | |
| **NESHAMINY SCHOOL DISTRICT** | : | |

## ORDER

**AND NOW**, this 25th day of June 2026, upon considering Kevin Burns's Motion to dismiss (ECF 29), Bucks County and the Bucks County District Attorney's Office's Motion to dismiss (ECF 31), and Judge Kevin P. Wagner Sr.'s Motion to dismiss (ECF 32), noting Plaintiff did not timely respond, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** the moving Defendants' Motions (ECFs 29, 31, 32):

1. Dismissing <u>with prejudice</u> requiring we **amend** the caption as above:

    a. all claims against Judge Kevin P. Wagner, Sr.;

    b. all claims against the Bucks County District Attorney's Office;

    c. Fourth Amendment false arrest and false imprisonment claim against Kevin Burns;

    d. failure to intervene claim against Kevin Burns;

2. Dismissing without prejudice and leave to timely amend his:

    a. First Amendment retaliation claim against Kevin Burns;

    b. Fourth Amendment malicious prosecution claim against Kevin Burns;

    c. Fourteenth Amendment substantive due process claim against Kevin Burns;

    d. Fourteenth Amendment fabrication of evidence claim against Kevin Burns;

    e. conspiracy claim under federal civil rights law against Kevin Burns;

    f. all claims against Bucks County;

3. Granting Plaintiff leave to file a second amended Complaint by no later than **July 27, 2026** pleading the required facts allowing us to plausibly infer a cognizable basis for these timely claims against Kevin Burns and Bucks County; and,

4. Reminding Plaintiff we will dismiss his claims against Kevin Burns and Bucks County with prejudice absent a timely second amended Complaint responsive to the concerns in the accompanying Memorandum.

_____
**KEARNEY, J.**