IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JONES, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-1050 |
| | : | |
| KEVIN BURNS, ANDREW KORHONEN, ALEXUS GORDON WAGNER, JOSHUA PETERSON, THOMAS CALAMARI, BUCKS COUNTY, LEVITTOWN NOW/ PUBLISHER, JEFFREY WAGNER, SERGEANT MICHAEL LUBOLD, DOE OFFICER 1, DOE OFFICER 2, JOHN BECK, JASON MANCUSO, ASHLEY MCCABE, EDWARD DIFRANK, SEAN COSGROVE, EMILYANN MAIALETTI, MIDDLETOWN TOWNSHIP, BRISTOL TOWNSHIP, NESHAMINY SCHOOL DISTRICT | : | |

# ORDER

**AND NOW**, this 26th day of October 2026, upon considering Plaintiff's pro se second amended Complaint (ECF 43), Defendant Security Chief Burns's and Defendant Neshaminy School District's Motion to dismiss (ECF 45), the Bucks County Defendants' Motion to dismiss (ECF 46), Plaintiff's pro se Opposition (ECF 57), Defendants Burns's and Neshaminy School District's Reply (ECF 59), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT:**

1. The Bucks County Defendants' Motion to dismiss (ECF 46) as to Plaintiff's:

   a. claims against the Bucks County District Attorney's Office with prejudice;

   b. municipal liability claims against Bucks County without prejudice to plead facts allowing us to plausibly infer a claim consistent with our scheduling Order following service and review of claims against the remaining named state actors;

2. Security Chief Burns's and Defendant Neshaminy School District's Motion to dismiss (ECF 45) as to Plaintiff's:

a. failure to intervene and false arrest and imprisonment claims against Defendant Security Chief Burns with prejudice; and,

b. remaining claims against Security Chief Burns and municipal liability claims against Neshaminy School District without prejudice to plead facts allowing us to plausibly infer a claim consistent with our scheduling Order following timely service and review of claims against the remaining named parties.

**KEARNEY, J.**